HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814
Linda_Harter@fd.org

Attorney for Defendant
THOMAS B. ROBBINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THOMAS B. ROBBINS<br><br>　　　　　Defendant. | NO.  2:24-po-00162-CKD<br><br>WAIVER OF APPEARANCE<br><br>DATE:  June 20, 2024<br>TIME:　 10:00 a.m.<br>JUDGE:  CAROLYN K. DELANEY |

　　　　Pursuant to Rule 43(b)(2) of the Federal Rules of Criminal Procedure, defendant, Thomas B. Robbins, hereby requests the Court accept his waiver of the right to be present in-person in open court upon his initial appearance set for June 20th, 2024, at 10:00 a.m.

　　　　Mr. Robbins is charged with violating 38 C.F.R. 1.218(b)(11), a class B misdemeanor punishable by a fine of $280 and or no more than six months imprisonment.  Mr. Robbins requests approval of his waiver due to complications in his physical health.  For approximately four weeks, Mr. Robbins has been residing at McKinley Park Care Center (located on H St. in Sacramento) receiving treatment for his lower spine as he suffers from degenerative spine disease.  Unfortunately, within the last two weeks, Mr. Robbins fell and broke a rib and has prolonged his stay at McKinley Park, requiring near daily physical therapy sessions.  Though he

is now bound to a wheelchair, Mr. Robbins expects to be sufficiently mobile within the next four weeks, barring any additional complications.

    The original, signed copy of this waiver will be preserved by the attorney undersigned.

Dated: June 18th, 2024

/s/*Thomas B. Robbins*
THOMAS B. ROBBINS

    I agree and consent to my Client's waiver of appearance.

Dated: June 18th, 2024

/s/ *Linda C. Harter*
LINDA C. HARTER
Assistant Federal Defender
Attorney for Defendant
THOMAS B. ROBBINS

IT IS SO ORDERED.

Dated: June 20th, 2024

/s/ *Hon. Carolyn K. Delaney*
United States Magistrate Judge